```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

------------------------------x
                              :
KIMBERLIE ERICKSON,           :
                              :
         Plaintiffs,          :
                              :
v.                            :    Civil No. 3:08CV973(AWT)
                              :
STAPLES, INC., and STAPLES,   :
THE OFFICE SUPERSTORE         :
EAST, INC.,                   :
                              :
         Defendants.          :
                              :
------------------------------x
```

**ORDER RE MOTION TO AMEND COMPLAINT**

For the reasons set forth below, the plaintiff's Motion to Amend Complaint (Doc. No 129) is hereby DENIED.

A complaint is not required to contain a summary of all the plaintiff's evidence, but rather:

> [A] pleading must contain a short and plain statement of the claim showing that the pleader is entitled to relief. . . . [A] complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face. A claim has facial plausibility when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged.

Ashcroft v. Iqbal, 129 S.Ct. 1937, 1949 (2009). The court concludes that while there would be no prejudice to the defendants resulting from the proposed amendments, such

amendments are not necessary to state the plaintiff's claims. The court notes, however, that the defendants will be estopped from raising at trial the absence from the complaint of particular allegations the plaintiff sought to add.

It is so ordered.

Dated this 26th day of September, 2011, at Hartford, Connecticut.

                                        /s/AWT
                              Alvin W. Thompson
                    United States District Judge